IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-CV-46-BO

CAROL MCCRAY,                                )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        O R D E R
                                             )
                                             )
NANCY A. BERRYHILL,                          )
*Acting Commissioner of Social Security,*    )
                                             )
        Defendant.                           )

This matter is before the Court on the order and memorandum and recommendation
("M&R") of United States Magistrate Judge Robert T. Numbers, II. [DE 6]. On September 26,
2018, Judge Numbers recommended that plaintiff's motion to proceed *in forma pauperis* be denied
and that plaintiff be directed to remit the applicable filing fee. *Id.*

Plaintiff has failed to file an objection to the memorandum and recommendation. A district
court is required to review de novo those portions of an M&R to which a party timely files specific
objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149-
50 (1985). "[I]n the absence of a timely filed objection, a district court need not conduct de novo
review, but instead must only satisfy itself that there is no clear error on the face of the record in
order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310,
315 (4th Cir. 2005) (internal quotation and citation omitted).

There is no clear error on the face of the recommendation, and the Court ADOPTS the
recommendation of the magistrate judge. Accordingly, plaintiff's corrected motion to proceed *in
forma pauperis* [DE 5] is DENIED and her motion for leave to proceed *in forma pauperis* [DE 1]

is DENIED AS MOOT. Plaintiff is DIRECTED to pay the filing fee not later than November 16, 2018. Failure to do so will result in this case being closed.

SO ORDERED.

This the 16 day of October, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE